**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
_____ **DIVISION**

RECEIVED
APR 1 4 2014
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

REV CALVEN WARREN 1THES. 2:4 )
)
_____ )
)
)
(Enter above the full name of the Plaintiff[s] )
in this action.) )

(A+) I JOHN 4:3 — THE SPIRIT OF ANTI-CHRIST! (A+) — II COR. 11:14-15 — THE MINISTERS OF SATAN! (A+)
(EPHE. 2:2-SATAN! THE SPIRIT THAT NOW WORKETH) IN THE CHILDREN OF UNBELIEF! (A+)
(A+) THE U.S MILITARY — VS — I JOHN 4:3 — THE SPIRIT OF ANTI-CHRIST! (A+)
POLICES!  (A+) (A WHORE — EPHE. 2:2-SATAN!))   Case No. _____
(MRS. KIM WARREN) AND                              (To be assigned by Clerk
                                                    of District Court)
(PRESIDENT B. OBAMA (EPHE. 2:2-
SATAN! I JOHN 4:3 — THE SPIRIT ANTI-            I DEMAND! TRIAL
CHRIST!) AND (MARSHELL OBAMA)                   BY JURY! (A+)
(EPHE. 2:2 — SATAN! — I JOHN 4:3 —
THE SPIRIT OF ANTI-CHRIST! (A+))
(A+) ALL CHRISTIANS (OF EVERY RACE AND OF EVERY NATION!) (A+) AND
                                              THRU THE REBEL RADIO AND
(Enter above the full name of ALL Defend-     LOVE WORTH FINDING MINISTRIES,
ant[s] in this action. Fed. R. Civ. P. 10(a)  AND GOSPEL FOR ASIA MINISTRIES! AND
requires that the caption of the complaint    EVERY (CHRISTIAN) PROGRAM OF
include the names of all the parties. Merely  EVERY NATION! (A+) AND THE
listing one party and "et al." is insufficient. FEDERAL GOVERNMENT (I JOHN 4:3
Please attach additional sheets if necessary. EPHE. 2:2!) (A+)

**COMPLAINT**

I.  State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

(MY)
OUR UNITED STATES CONSTITUTIONAL RIGHTS ARE

BEING VIOLATED! OUR RIGHTS OF RELIGION! AND OF PRIVACY!

AND OF THE PRESS! & ETC. (A+)
                                          (TRYING TO MURDER)
THE U.S MILITARY ARE FIGHTING MY
SON REV. EVERETTE WARREN IN HIS HOME
(HOUSE) AT 3869 CONNECTICUT STREET,
ST. LOUIS, MO 63116! (A+) HOSEA 8:7! (A+)
                                           GAL. 6:7! (A+)
                                           PR. 17:13! (A+)

II.   Plaintiff, _REV CALVIN WARREN JUDE. 2:4_ resides at

_208 NORTH NINETH STREET_ , _ST. LOUIS_ , _—_ ,
street address                                       city                        county

_MO_ , _63116_ , _314-704-8914_ .
state        zip code        telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

_____

_____

_____

_____

III.   Defendant, _THE U.S MILITARY POLICES_ lives at, or its business is located at
_(ISAIAH 4:3 & EPHE. 2:; II Cor 11:14-15)_
_EVERY NATION & STATE_ , _OF AMERICA!_ ,
street address                                       city                        county

_—_ , _—_ .
state           zip code

(if more than one defendant, provide the same information for each defendant below)

_MRS. KIM WARREN - 3869 CONNETICUT STREET, ST. LOUIS MO 63116._

_PRESIDENT B. OBAMA - WASHINGTON D.C_

_AND MARSHELL OBAMA - WASHINGTON D.C._

_FEDERAL GOVERNMENT - WASHINGTON D.C_

_____

_____

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

(A+) ALL DEFENDANTS (ARE TRYING TO MURDER ME! (A+)

AND (ARE TRYING TO MURDER MY SON) REV. EVERETTE WARREN! IN HIS HOME (HOUSE) LOCATED AT 3869 CONNECTICUT STREET, ST. LOUIS, MO 63116! (A+) (NEAR MY HOME (HOUSE) PAID FOR (A+) LOCATED AT 3857 CONNECTICUT STREET, ST. LOUIS, MO 63116. (A+)

(A+) THEY (ARE FIGHTING MY SON REV. EVERETTE WARREN, ALL IN HIS HOME (HOUSE)! THEY USED BRASS NUTCALS ON HIM TODAY APR. 14-2014! AND ON THIS WEEKEND! (A+) (04-12 SAT-B-2014) BETWEEN TRYING TO MURDER (PREMEDITATED, AGGRAVATED, COLD BLOODED, (MY SON USED) ASSAULT, AND BATTERY AND SLANDER, WITH THE INTENT TO COMMIT MURDER!) (A+)

AND TRYING TO KEEP HIM FROM BRING ME MY 5 KEY! & BILL OF SALE AND TITLE TO MY PAID FOR HOUSE (HOME)! (A+) AND TRYING TO KEEP HIM FROM BRING ME MY KEYS AND BILL OF SALE AND TITLE TO MY PAID FOR CAR (BLUE)! (A+) THAT MY SON BOUGHT ME! (A+)

THEY ARE TRYING TO MURDER US BECAUSE WE ARE SAINTS! (A+) AND PREACHERS OF THE GOSPEL (TITUS 1:2-3, I THES. 2:4 & II COR. 4:3-5 & REV. 20:11-15! (A+)) TITUS

3

TO! THE UNITED NATIONS! (A+)

AND FEDERAL COURTS! (A+)

V. Relief: State briefly and exactly what you want the Court to do for you **I DEMAND! THAT YOU (STOP THE) (RACE-ISM!) (A+) AND (RACIST) ACADEMICS! (A+)**

(A+) **I DEMAND! THAT YOU STOP THE UNITED STATES MILITARY**,

(A+) **C & PHE. 2:2 - SATAN! THE SPIRIT OF ANTI-CHRIST! I JOHN 4:3! (A+)**

(A+) **AND THE MINISTERS OF SATAN! WHO'S END SHALL BE ACCORDING TO THEIR**
(A+) **EVIL WORKS! AND THE THIEF! THAT CAME TO STEAL, KILL, DESTROY! AND I JOHN**
**2:18-19 THE MANY ANTI-CHRISTS AND THE APOSTATE CHURCH**
(A+) **HYPOCRITES! THAT PROFESS THAT THEY ARE CHRISTIANS AND ARE NOT!**
**AND ARE GOING TO PUT ANTI-CHRIST IN POWER! AFTER THE RAPTURE**
(A+) **OF THE TRUE CHURCH (COL. 3:11, MATT. 16:18, I JOHN 4:4 AND COL. 1:18)! (A+)**
(A+) **AND THE UNITED STATES MILITARY POLICES (I JOHN 4:3) THE**
(A+) **SPIRIT OF ANTI-CHRIST! AND (EPHE. 2:2 - SATAN)! AND THE SPIRIT THAT**
(A+) **NOW WORKETH IN THE CHILDREN OF UNBELIEF! (A+) AND THE MINISTERS OF SATAN! (A+)**
(A+) **WHO'S END SHALL BE ACCORDING TO THEIR EVIL WORKS! II COR. 11:14-15! (A+)**

VI. **MONEY DAMAGES:** (A+) **(POLICE BRUTALITY) (ASSAULT) AND (BATTERY) AND**
**SLANDER OF MY SON REV. EVERETTE WARREN (JR)**
**(AGAR-ST)**
**MY SON HOME (HOUSE) AT 3869 CONNECTICUT STREET ST. LOUIS, MO 63116 (A+)**

A) Do you claim either actual or punitive monetary damages for the acts alleged in
this complaint? (A+) **I DEMAND (A+) 980 HUNDRED TRILLION DOLLARS**
**PER-SECOND, FROM THIS MOMENT!**
YES [X]  **UNTIL THE RAPTURE**  NO [ ]
**(ETERNITY)! (A+)**

**AND**
**AGAINST**
**ME (A+)**
**AND AGAINST**
**OTHER**
**MEMBERS**

B) If your answer to "A" is YES, state below the amount claimed and the reason or **OF MY** reasons you believe you are entitled to recover such money damages:
**MOTHER**
**MRS. MARTHA**
**WILLIAMS**
**FAMILY AND**
**EXTENDED**
**FAMILY! (A+)**

**AND AGAINST**
**MY LAWYER!**

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the **IN TUCSON** present time?  **AZ! (A+)**

**& AGAINST**
**HIS LAW**
YES [✓]    NO [ ]  **FIRM! (A+)**
**& ETC. (A+)**

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _14_ day of _APR._, 20_14_

REV CW

REV CALVIN WARREN I THES. 2:4

_____
Signature of Plaintiff(s)

4